DALTON CURRY, Appellant, v. THE CARBORUNDUM COMPANY, Respondent.—Order, so far as appealed from, modified by granting leave to the plaintiff to renew the motion for leave to take samples from lathe room No. 3 after the examination of defendant and upon a proper showing, and as modified affirmed, without costs of this appeal to either party. All concur. (The portion of the order appealed from denies a motion for an inspection before trial of certain parts of defendant's premises and restricts the inspection of certain other parts, in a silicosis action.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

CHILDREN'S HOSPITAL OF BUFFALO, Respondent, v. DOROTHY S. BELL, Appellant.— Judgment affirmed, without costs of this appeal to either party. Memorandum: The wall is partially on the plaintiff's land and there is no evidence to support a finding that the plaintiff ever consented to defendant's building a wall on its land. All concur. (The judgment is for plaintiff in an injunction action.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

WILLIS B. WEAVER, as Administrator, etc., of MINNIE B. WEAVER, Deceased, Appellant, v. PENNSYLVANIA RAILROAD COMPANY, Respondent. WILLIS E. WEAVER, as Administrator, etc., of CHARLES F. WEAVER, Deceased, Appellant, v. PENNSYLVANIA RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaints in two consolidated railroad negligence actions.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

AUGUST G. WALDAU, Appellant, v. AGNES McHALE WALDAU, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment and order award defendant a decree of separation, together with alimony.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

THE CITY OF BUFFALO, Appellant, v. NATHAN MESNEKOFF, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment reverses a judgment of the Buffalo City Court in favor of plaintiff and dismisses the complaint in an action to recover penalty for violation of an ordinance. The order is the order of reversal.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.